UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DENISE K. KRUPA,

                              Plaintiff,

                                                                    ORDER
     v.                                                          13-CV-76A

DUNKIRK SPECIALTY STEEL, LLC,

                              Defendant.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 15, 2014, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant's motion for summary judgment (Dkt. No. 33) be granted and that plaintiff's Complaint be dismissed.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's summary judgment motion (Dkt. No. 33) is granted and the plaintiff's Complaint is dismissed.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   November 13, 2014